1

2

3                                                                O

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )
                                            )
12                     Plaintiff,           )        SA 07-229M
                                            )
13          v.                              )   ORDER OF DETENTION AFTER HEARING
                                            )        (18 U.S.C. § 3142(i))
14   ROBERTO PEREZ ANACLETO,                )
                                            )
15                     Defendant.           )
                                            )
     _____ )

16

17                                          I.

18      A. (  ) On motion of the Government involving an alleged

19          1. (  )  crime of violence;

20          2. (  )  offense with maximum sentence of life imprisonment or death;

21          3. (  )  narcotics or controlled substance offense with maximum sentence of ten or more years

22                  (21 U.S.C. §§ 801,/951, et. seq.,,/955a);

23          4. (  )  felony - defendant convicted of two or more prior offenses described above.

24      B. On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

25          1. ( X )   serious risk defendant will flee;

26          2. (  )  serious risk defendant will

27              a. (  )  obstruct or attempt to obstruct justice;

28              b. (  )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1                                                    II.

2      The Court finds no condition or combination of conditions will reasonable assure:

3      A.  ( X )    appearance of defendant as required; and/or

4      B.  (  ) safety of any person or the community;

5                                                    III.

6      The Court has considered:

7      A.  ( x ) the nature and circumstances of the offense;

8      B.  (x) the weight of evidence against the defendant;

9      C.  (x) the history and characteristics of the defendant;

10     D.  (  ) the nature and seriousness of the danger to any person or to the community.

11                                                   IV.

12     The Court concludes:

13     A.  (  ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16           **Defendant is undocumented.   He has no ties to the community and no bail**

17           **resources.**

18

19     C.  (  ) A serious risk exists that defendant will:

20           1. (  )   obstruct  or  attempt to  obstruct  justice;

21           2. (  )   threaten, injure or intimidate a witness/ juror; because:

22

23     D.  (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24           provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1        IT IS ORDERED that defendant be detained prior to trial.

2        IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4        IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5   consultation with his counsel.

6

7

8   Dated: August 9, 2007

9
                                                    _____
10                                                  Marc L. Goldman
                                                    U.S. Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**